118 P.3d 70

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Lewis v. Kawafuchi | 26431 | 08/08/2005 Dismissed | 108 Hawai'i 69, 116 P.3d 711 |
| Liftee v. Boyer | 23760 | 08/04/2005 Dismissed | 108 Hawai'i 89, 117 P.3d 821 |
| State v. Sorino | 26009 | 08/03/2005 Granted | 108 Hawai'i 115, 117 P.3d 847 |